**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**EDDIE BROWN, III** **CIVIL ACTION NO. 26-1297**

**SECTION P**

**VS.**

**JUDGE TERRY A. DOUGHTY**

**MARK MASHAW, ET AL.** **MAG. JUDGE KAYLA D MCCLUSKY**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Eddie Brown, III's Complaint, [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 27th day of August, 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE